Filed: November 8, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-5145
(1:09-cr-00278-NCT-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BEDRI KULLA

        Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING
_____

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Court Case Number | 1:09-cr-00278-NCT-1 |
| Date notice of appeal filed in originating court | 11/04/2010 |
| Appellant(s) | Bedri Kulla |
| Appellate Case Number | 10-5145 |
| Case Manager | Barbara H. Rowe 804-916-2704 |

The above-captioned case has been opened in this Court.